UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 10-21485-CIV-MORENO

NUBIA PADILLA,

    Plaintiff,
v.

CASTELUCCIO, INC., d/b/a
Castelluccio Ristorante,
142 GIRALDA, LLC and
GUIDO BOZOALTO,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Mediator KAREN EVANS, on **August 19, 2010 at 9:00 a.m.** at Litigation Resolution, Inc., Suite 1229 at the Alfred I. DuPont Building, 169 East Flagler Street, Miami, Florida 33131.

DONE AND ORDERED at Miami, Florida this ___9___ day of August, 2010.

_____
HONORABLE FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies to:

Karen Evans, Esquire
KarenEvans@LitigationResolution.com
Litigation Resolution, Inc.
Suite 1229
169 East Flagler Street
Miami, Florida 33131
Tel: 305-371-3250
Fax: 305-371-3341

Ronald E. Stern, Esquire
ronsternlaw@gmail.com
The Advocacy Law Firm
Suite 105
131 Northeast First Avenue
Hallandale, Florida 33009
Tel: 305-677-2378
Fax: 305-359-5338

Stephen J. Kolski, Jr., Esquire
stevekolski@catlin-saxon.com
Catlin Saxon Fink & Kolski, LLP
Suite 1109
2600 Douglas Road
Coral Gables, Florida 33134
Tel: 305-371-9575
Fax: 305-371-8011

Gaspar Forteza, Esquire
gaspar.forteza@blaxgray.com
Blaxberg Grayson & Singer.
Suite 730
25 Southeast Second Avenue
Miami, Florida 33131
Tel: 305-381-7979
Fax: 305-371-8618